v.

The STATE of Texas, Appellee.

No. 27755.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

Vera Lois DANIELS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28044.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of a narcotic drug; the punishment, 2 years in the penitentiary.

Accompanying the record is appellant's motion requesting that the appeal be dismissed. The motion is granted.

The appeal is dismissed.